## **Exhibit 1.02(b)**

*Liquidation Analysis*

Curare Laboratory LLC
Case No. 21-31588-crm

**Liquidation Analysis**

| Description | Current Value | Liquidation Value |
|---|---|---|
| Cash | $ - | $ - |
| Accounts Receivable | $ - | $ - |
| Investments | $ 11,500,000.00 | $ 3,750,000 |
| Inventory | $ - | $ - |
| Real Property | $ - | $ - |
| Fixed Assets | $ - | $ - |
| Total Property Value | $ 11,500,000 | $ 3,750,000 |
| Less: | | |
| Secured Claims | $ (3,750,000) | $ (3,750,000) |
| Exemptions | $ - | $ - |
| **Interest in Nonexempt Property** | $ 7,750,000 | $ - |
| Less: | | |
| Estimated Chapter 7 Admin Expenses | | $ - |
| Estimated Chapter 11 Admin Expenses | $ (267,500) | $ (267,500) |
| **Available to General Unsecured** | $ 7,482,500 | $ (267,500) |
| Total General Unsecured | $ 415,000 | $ 415,000 |
| Percent Distribution | **1803.01%** | **-64.46%** |

**Details**

| | Current Value | Liquidation Value |
|---|---|---|
| Unsecured Deficiency Claims | $ - | $ - |
| Unsecured Priority Claims | $ - | $ - |
| Unsecured Claims | $ 415,000.00 | $ 415,000.00 |
| Estimated Chapter 7 Admin Expenses | | |
| 11 U.S.C. § 326 Trustee Compensation | $ 255,750.00 | $ - |
| Add'l Trustee Cost as 2% of § 326 Fee | $ 5,115.00 | $ - |
| Total Estimated Admin Expense | $ 260,865.00 | $ - |